# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**SHANNON HANNON, ET AL.**

**VERSUS**

**F. MILLER PROPERTIES, LLC**

**CIVIL ACTION**

**NO. 17-304-JWD-EWD**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated July 12, 2018, to which no opposition was filed;

**IT IS ORDERED** that Plaintiffs' Motion for Leave to File Amended Complaint, (Doc. 20) is DENIED to the extent it seeks to add Frank W. Miller as a defendant in this case.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Leave to File Amended Complaint is GRANTED to the extent it seeks to add Waffle House, Inc. as a defendant in this case. The Court adopts the Report and Recommendation giving Plaintiffs fourteen (14) days to file a comprehensive amended complaint that removes factual allegations related to claims against Frank W. Miller, and which will become the operative complaint in this matter. The Court notes that Plaintiffs filed an amended complaint on July 26, 2018, within fourteen days of the Magistrate Judge's Report and Recommendation.

Signed in Baton Rouge, Louisiana, on July 31, 2018.

---
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**