UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHANNON HANNON, ET AL.

VERSUS

F. MILLER PROPERTIES, LLC,
ET AL.

CIVIL ACTION

NO. 17-304-JWD-EWD

**ORDER**

On February 15, 2018, Plaintiffs filed a Motion for Provisional Class Certification in this Fair Labor Standards Act case.  (Doc. 21).  The same day, Plaintiffs moved for leave to file a Supplemental and Amending Complaint naming two additional Defendants.  (Doc. 20).  Defendants moved to suspend briefing on the Motion for Provisional Class Certification pending disposition of the Motion for Leave to Amend and the appearance of any newly added Defendants, arguing that the ruling on Plaintiffs' Motion for Leave to Amend might affect Defendants' response to the Motion for Provisional Class Certification.  (Doc. 26).  The Court granted the Motion to Suspend Briefing.  (Doc. 27).

On July 31, 2018, this Court issued an Opinion granting the Motion for Leave to Amend with respect to one additional prospective Defendant but denying the Motion for Leave to Amend with respect to the other prospective Defendant.  (Doc. 34).  Plaintiffs' Supplemental and Amending Complaint has been filed into the record, (Doc. 35), and a Summons has been issued as to the new Defendant, (Doc. 37).

It is unclear whether the filing of the Supplemental and Amending Complaint affects the scope of the relief sought in the Motion for Provisional Class Certification.  Certainly, Defendants suggest that amendment might have affected their response.  In the interest of clarity and in an abundance of caution, the Court DENIES the Motion for Provisional Class Certification, (Doc.

21), without prejudice to that Motion's refiling following the appearance of the newly-added Defendant, with any revisions necessary to reflect the current scope of this case.

Signed in Baton Rouge, Louisiana, on <u>August 1, 2018</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**