# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| SHANNON HANNON, MELISSA TORRES AND SHELLY GUIDRY | CIVIL ACTION NO. 17-304 |
| VERSUS | JUDGE JOHN W. DEGRAVELLES |
| F. MILLER PROPERTIES, LLC | MAGISTRATE JUDGE ERIN WILDER-DOOMES |

### JOINT NOTICE OF SETTLEMENT

NOW INTO COURT, through undersigned counsel, come plaintiffs, Shannon Hannon, Melissa Torres and Shelly Guidry, and defendants, F Miller Properties LLC ("F Miller Properties") and Waffle House, Inc. ("WHI"), and pursuant to LR 16(c) and this Court's November 8, 2018 Notice, hereby notify the Court that the parties have settled this case. The parties are currently preparing the documents reflecting the terms of their settlement.

The parties respectfully request that the Court issue an order conditionally dismissing the case, reserving the right of any party upon good cause shown to reinstate the action if the settlement is not consummated within sixty 60 days from the conditional dismissal.

Respectfully submitted,

BY: */s/ Christopher L. Zaunbrecher*
    Christopher Zaunbrecher, Bar Roll No. 09546
    413 Travis Street, Suite 200
    Lafayette, Louisiana 70503
    Telephone: (337) 237-4070
    Telecopier: (337) 233-8719
    Email: zaunbrecher@brineyforet.com

ATTORNEYS FOR PLAINTIFFS

-AND-

PD.24845640.1

PHELPS DUNBAR LLP


BY:   /s/ Jessica C. Huffman
      Thomas H. Kiggans, Bar Roll No. 14422
      Jessica C. Huffman, Bar Roll No. 30445
      II City Plaza | 400 Convention Street, Suite 1100
      Baton Rouge, Louisiana 70802-5618
      Post Office Box 4412
      Baton Rouge, Louisiana 70821-4412
      Telephone: 225-346-0285
      Telecopier: 225-381-9197
      Email: kigganst@phelps.com
           huffmanj@phelps.com

ATTORNEYS FOR DEFENDANT F MILLER PROPERTIES LLC

**-AND-**


BY:   /s/ George D. Fagan
      George D. Fagan, Bar Roll No. 14260
      Stephanie V. Lemoine, Bar Roll No. 31349
      Leake & Andersson LLP
      1100 Poydras Street, Suite 1700
      New Orleans, Louisiana 70163
      Telephone: 504-585-7500
      Telecopier: 504-585-7775
      Email: gfagan@leakeandersson.com
           slemoine@leakeandersson.com

ATTORNEYS FOR DEFENDANT WAFFLE HOUSE, INC.

PD.24845640.1

## **CERTIFICATE OF SERVICE**

I do hereby certify that on November 9, 2018, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CMECF system.  Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

        */s/ Jessica C. Huffman*

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**SHANNON HANNON, MELISSA TORRES AND SHELLY GUIDRY**

**CIVIL ACTION NO.  17-304**

**VERSUS**

**JUDGE JOHN W. DEGRAVELLES**

**F. MILLER PROPERTIES, LLC**

**MAGISTRATE JUDGE ERIN WILDER-DOOMES**

### <u>60-DAY ORDER OF DISMISSAL</u>

The Court having been advised by counsel that the above-captioned action has been settled,

**IT IS ORDERED** that the above-captioned action is hereby **DISMISSED** without prejudice to the right of any party, upon good cause show within sixty (60) days, to reopen the action if the settlement is not consummated.

SIGNED in Baton Rouge, Louisiana, this _____ day of November, 2018.

_____
JOHN W. DEGRAVELLES
UNITED STATES DISTRICT JUDGE